

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00281-CV

| | | |
|---|---|---|
| Industrial Models, Inc. | § | From the 236th District Court |
| | § | of Tarrant County (236-264887-13) |
| v. | | |
| | § | July 24, 2014 |
| SNF, Inc. d/b/a Brand FX Body Company | | |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that appellee SNF, Inc. d/b/a Brand FX Body Company shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Terrie Livingston_____
Chief Justice Terrie Livingston